

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00265-CV

**SW Service Center 1, L.P. and SW Service Center 2, L.P.**

**v.**

**Harris County Appraisal District**

NO. 2011-56200 IN THE 295TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 04/07/2015 | E-PAID | ANT |
| FILING | $175.00 | 03/30/2015 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 03/30/2015 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $205.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this June 19, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**